468 A.2d 832

Commonwealth v. Robinson, Appellant.

Submitted May 31, 1983. Joseph J. Schafle, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.